FILED

2008 MAR 28 AM 11:53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

US

PLAINTIFF(S)

v.

JEFFREY CHURCH

DEFENDANT(S).

CASE NUMBER

CR 08-0781M

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: US DISTRICT JUDGE GARR KING VIA PETITION
in the _____ District of OREGON on 10/24/07
at 0400 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/11/07
in violation of Title 18 U.S.C., Section(s) 3606
to wit: SUPERVISED RELEASE VIOLATION

A warrant for defendant's arrest was issued by: GARR M. KING

Bond of $ NO BOND was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): NONE

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/28/08, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: J. Davis

Agency: US MARSHALS SERVICE

Title: DUSM

---

CR-52 (05/98)            AFFIDAVIT RE OUT-OF-DISTRICT WARRANT