FILED
2008 MAR 28  AM 11:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

JEFFREY CHURCH

DEFENDANT(S).

CASE NUMBER: **08-0781M**
~~CR-03-930-~~

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 3/27/08   2200 HRS   ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 3606 SUPERVISED RELEASE VIOLATION
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1970
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
10. Name of Pretrial Services Officer: PRETRIAL DUTY
11. Remarks (if any): NONE

12. Date: 3/28/08
13. Signature: [signature]
14. Name: J. DAVIS
15. Title: DUSM

CR-64 (07/05)   REPORT COMMENCING CRIMINAL ACTION