PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

District of Oregon

2008 MAR 28 AM 11:53

08-0781M

| U.S.A. vs | **JEFFREY JOHN CHURCH** | Docket No. |

TO:[1]   Any U.S. Marshal or any other authorized officer   BY _____

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF PROBATIONER/SUPERVISED RELEASEE | SEX | M | RACE | W | AGE | 37 |
|---|---|---|---|---|---|---|
| Jeffrey John Church | | | | | | |

ADDRESS (STREET, CITY, STATE)
(Last known)
411 SW 12th Avenue, #207
Portland, OR 97205

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Portland, Oregon | January 27, 2006 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Portland, Oregon

**SHERYL S. McCONNELL**
CLERK          (BY DEPUTY CLERK)          DATE 10/24/07

### RETURN

Warrant received and executed.   Date Received   Date Executed

EXECUTING AGENCY (NAME AND ADDRESS)

NAME          (BY)          DATE

Certified to be a true and correct copy of original
Dated 10/24/07
Sheryl S. McConnell, Clerk
By M. Kenney   Deputy

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."