

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

Re:   Transfer to U.S. Magistrate Judge

   Case No. _____

   Case Title: _____

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☐ Certified copy of entire case file.
- ☐ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☐ Other _____

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _____
   Deputy Clerk

*cc:*  U.S. Attorney (Central District of California)
      U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____ .

Clerk, U.S. District Court

_____             By _____
Date                                  Deputy Clerk

CR-48 (01/01)                  **LETTER RE:  RULE 40 - TRANSFER OUT**