

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECVD 08 APR 14 13:19 USDC-ORP

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

April 9, 2008

United States District Court
740 Mark O. Hatfield
United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re:    Transfer to U.S. Magistrate Judge

Case No.  Your case no. CR03-430-01/ Our case no. 08-MJ-781

Case Title:  USA v. Jeffrey John Church

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  NFPV- document # 8- Financial Affidavit -Not for public view

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  M. WARREN
Deputy Clerk 213-894-8288

cc:  U.S. Attorney (Central District of California)
U.S. Attorney (Receiving district)

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

CR 03 -430-01- KI        .

Clerk, U.S. District Court

4/14/08
Date

By  Katie Wright
Deputy Clerk

CR-48 (01/01)                    LETTER RE: RULE 40 - TRANSFER OUT